UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES V. EDWIN DIAZ, 22-575 (BRM)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum            ( ) Ad Testificandum

1. Edwin Diaz (DOB: 4/2/2002) (hereinafter the "Detainee") is now confined at Bergen County Correctional Facility, 160 South River Street, Hackensack, New Jersey 07601.

2. The Detainee is required to appear, in person, before the Honorable Brian R. Martinotti, United States District Court Judge, for a sentencing hearing on Wednesday, May 10, 2023, at 9:00 a.m in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:  May 5, 2023

/s/ Kendall Randolph
Kendall Randolph
Assistant U.S. Attorney
Petitioner

**ORDER**

Let the Writ Issue.

DATED: May 9, 2023

_____
Hon. Brian R. Martinotti, U.S.D.J.

# WRIT OF HABEAS CORPUS

The United States of America to Bergen County Correctional Facility:

WE COMMAND YOU that you have the body of

EDWIN DIAZ,

now confined at the Bergen County Correctional Facility, be presented, in person, before the United States District Court, the Honorable Brian R. Martinotti, United States District Judge, on Wednesday, May 10, 2023, at 9:00 a.m., so that he may appear for a sentencing hearing in the above-captioned matter.

       WITNESS the Honorable Brian R. Martinotti
       United States District Judge
       Newark, New Jersey.

DATED: May 9, 2023

       WILLIAM T. WALSH
       Clerk of the U.S. District Court
       for the District of New Jersey

       Per: _____
            Deputy Clerk